IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

V.                                                    **CAUSE NO. 3:23-CR-114-CWR-LGI**

**FREDRICK DWAYNE CAMPBELL AND**                                   **DEFENDANTS**
**RAMONZ PAYNE**

### JURY VERDICT FORM

The jury shall answer the following questions in accordance with the Court's instructions.

1. As to Count One, we, the jury, unanimously find that **Fredrick Dywane Campbell** conspired with one or more persons to possess with the intent to distribute cocaine, its salts, optical or geometric isomers, or salts of isomers.

   Not Guilty _____    Guilty __✓__

If you find that Fredrick Dywane Campbell conspired with one or more persons to possess with the intent to distribute cocaine, its salts, optical or geometric isomers, or salts of isomers, you must answer the question below.

We, the jury, unanimously find that the government proved beyond a reasonable doubt that Fredrick Dywane Campbell conspired to distribute:

__✓__    5 kilograms or more of cocaine, its salts, optical or geometric isomers, or salts of isomers.

_____    less than 5 kilograms or more of cocaine, its salts, optical or geometric isomers, or salts of isomers, but more than 500 grams of cocaine, its salts, optical or geometric isomers or salts of isomers.

_____    less than 500 grams of cocaine, its salts, optical or geometric isomers, or salts of isomers.

2. As to Count One, we, the jury, unanimously find that **Fredrick Dywane Campbell** did conspire with one or more persons to possess with the intent to distribute marihuana.

   Not Guilty _____  Guilty ✓

3. As to Count One, we, the jury, unanimously find that **Ramonz Payne** conspired with one or more persons to possess with the intent to distribute cocaine, its salts, optical or geometric isomers, or salts of isomers.

   Not Guilty _____  Guilty ✓

4. As to Count One, we, the jury, unanimously find that **Ramonz Payne** did conspire with one or more persons to possess with the intent to distribute marihuana.

   Not Guilty _____  Guilty ✓

5. As to Count Two, we, the jury, unanimously find that **Fredrick Dywane Campbell** did utilize a communication facility to commit a controlled substance offense.

   Not Guilty _____  Guilty ✓

DATE: 7-29-25